IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TILDA PACK,**

    Plaintiff,

  vs.                                    Civil Action 2:07-CV-365
                                            Judge Smith
                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER

        On July 28, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that the action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is **AFFIRMED** and this action is hereby **DISMISSED.**

        The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                  s/George C. Smith
                                            George C. Smith, Judge
                                          United States District Court